VINCENT IANNE, Respondent, v. PAUL FICALORA and Another, Appellants, Impleaded with Others, Defendants.— Judgment of the County Court of Queens county unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

ICE SERVICE COMPANY, INC., Respondent, v. NEW YORK AND QUEENS ELECTRIC LIGHT AND POWER COMPANY, Appellant.— Order modified to the extent that the books, papers and documents directed to be produced shall only be such as may be necessary to refresh the memory of the witness; and as so modified affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur. Settle order on notice.

In the Matter of the Petition of ALBERT H. T. BANZHAF, Respondent, for a Decree Ascertaining the Fair and Reasonable Value of His Services as Attorney, etc., Rendered JEAN MILLER, as Executrix, etc., of MARIA R. MILLER, Deceased, Appellant, etc.— Order of the Surrogate's Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

In the Matter of the Application of HENRIETTA VOGEL, Appellant, for an Order Canceling and Discharging of Record a Mortgage upon Real Property Located in the County of Kings, City and State of New York, etc. IGNAZIO SCUDERI and Another, Copartners, etc., Respondents.— Order reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. We are of opinion that the petitioner upon the facts shown was entitled as a matter of right to the order sought, irrespective of the question as to whether or not there is a dispute as to the terms of the agreement under which it was deposited with the attorneys for the lienors. (Real Prop. Law, § 332.)* Kelly, P. J., Rich, Jaycox and Manning, JJ., concur; Kelby, J., dissents.